**ORIGINAL**

# United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs | CR 01-00892 RMT |
| Defendant **Gregory Howearth** | Social Security # 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 |
| Residence 5101 West 1125 South | Mailing Address Kern County Jail |
| Cedar City, Utah 84720 | 17645 Industrial Farm Ro |
| | Bakersfield, CA 93308 |

------------------------------------------------------------------------

## JUDGMENT AND PROBATION/COMMITMENT ORDER

------------------------------------------------------------------------

In the presence of the attorney for the government, the defendant appeared in person, on : February 19, 2002

**COUNSEL:**

____ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

**XX** WITH COUNSEL  Cornell J. Price, appointed,

**PLEA:**

**XX** GUILTY, and the Court being satisfied that there is a factual basis for the plea.

____ NOLO CONTENDERE         ____ NOT GUILTY

**FINDING:**

There being a finding/verdict of __ GUILTY, defendant has been convicted as charged of the offense(s) of: 18 USC 2423(b): Interstate Travel With Intent to Engage in Criminal Sexual Activity as Charged in Count 1 of the Indictment; 18 USC 2422(b): Use of Facility of Interstate Commerce to Attempt to Induce A Minor to Engage In Sexual Activity as Charged in Count 2 of the Indictment.

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of : **thirty (30) months**

(CONTINUED ON PAGE TWO)

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

____ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge _____
ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk   CONTINUED ON PAGE TWO

Dated/Filed February 19, 2002 _____, Deputy Clerk

ENTERED
CLERK, U.S. DISTRICT COURT

FEB 2 6 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FEB 26 2002

(32)

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

AO-245-A (01/90)   JUDGMENT AND PROBATION/COMMITMENT ORDER

Victor Paul Cruz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

UNITED STATES OF AMERICA vs.                    CR 01-00892 RMT
Defendant: Gregory Howearth                      Date: February 19, 2002

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---

CONTINUED FROM PAGE 1

The defendant shall pay to the United States a special assessment of $200.00, which is due immediately.

It is ordered that the defendant shall pay to the United States a total fine of $5,000, consisting of the following: Count 1, a fine of $2,500; Count 2, a fine of $2,500. The total fine shall bear interest as provided by law.

The defendant shall comply with General Order 01-05.

IT IS THE JUDGMENT of the Court that the defendant, Gregory Howearth, is hereby committed on Counts one and two of the Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of thirty months. This term consists of thirty months on each of Counts one and two of the Indictment, to be served concurrently.

It is recommended that the Bureau of Prisons place the defendant in the Sex Offender Treatment Program (Andres Hernandez, Director) at the Federal Corrections Institute in Butner, North Carolina. It is further recommended that the defendant be placed directly and immediately by the Bureau of Prisons.

Upon release from imprisonment the defendant shall be placed on supervised release for a period of 3 years. This term consists of three years on each of Counts 1 and 2, all such terms to run concurrently and under the following terms and conditions:

1) The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;

2) The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision.

3) During the period of community supervision the defendant shall pay the special assessment, restitution and the fine in accordance with this judgment's orders pertaining to such payment;

Signed by:          District Judge  _____
                                    ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                    Sherri R. Carter, Clerk

Dated/Filed February 19, 2002        By _____ Deputy Clerk
                                        Victor P. Cruz

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

AO-245-A (01/90)   JUDGMENT AND PROBATION/COMMITMENT ORDER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

UNITED STATES OF AMERICA vs.  CR 01-00892 RMT
Defendant: Gregory Howearth  Date: February 19, 2002

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---

CONTINUED FROM PAGE 2

4) The defendant shall participate in psychological/psychiatric counseling relating to a sexual offender treatment program which may include inpatient treatment as approved and directed by the Probation Officer. Further, the defendant shall submit to risk assessment including physiological testing which may include, but is not limited to polygraph, Abel Testing, plethysmograph, and/or family counseling as determined to be necessary by the treating professional to assist in planning, treatment and case monitoring; and shall include either inpatient or outpatient treatment as determined to be necessary by the Probation Officer;

5) The defendant shall follow all lifestyle restrictions or treatment requirements imposed by the treating professional, and continue those restrictions as they pertain to avoiding risk situations throughout the course of supervision;

6) The defendant shall waive his right of confidentiality in any records for mental health treatment imposed as a consequence of this judgment to allow the Probation Officer to share information with the treatment provider (including but not limited to the presentence report) and review the defendant's course of treatment and progress with the treatment provider, for the purpose of treatment and assessment, and addressing third party risk;

7) The defendant shall provide the United States Probation Office with all of his passwords, screen names, and computer pseudonyms.

8) The defendant shall authorize the United States Probation Office access to any computer, hardware, and/or software under defendant's control.

9) The defendant shall provide the United States Probation Office copies of his telephone bills, all credit card uses, and any other financial information requested.

Signed by:    District Judge _____
                              ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed February 19, 2002    By _____ Deputy Clerk
                                    Victor P. Cruz

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES OF AMERICA vs.      CR 01-00892 RMT
Defendant: Gregory Howearth     Date: February 19, 2002

------------------------------------------------------------------------
## JUDGMENT AND PROBATION/COMMITMENT ORDER
------------------------------------------------------------------------

CONTINUED FROM PAGE 3

10) The defendant shall be subject to any reasonable search of his residence, computer and vehicle by the United States.

11) The defendant shall not be employed by, affiliated with, own, control or otherwise participate directly or indirectly in conducting the affairs of any day-care facility, school, or other organization dealing with the care, custody, or control of children under the age of 18 without the prior written consent of the Probation Officer;

12) The defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person, other than his own immediate family, who is less than the age of 18, except in the presence of another adult who is the parent or legal guardian of said minor, and only on the condition that the defendant notifies said parent or legal guardian of his conviction in the instant offense. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom, the defendant must deal with in order to obtain ordinary and usual commercial services, or persons who are students of any school in which the defendant is enrolled;

13) The defendant shall not participate in any volunteer activity that may cause the defendant to come in regular direct contact with persons under the age of 18, except under circumstances approved in advance and in writing by the Probation Officer;

14) The defendant shall not possess or obtain any sexually stimulating or sexually oriented material that is deemed inappropriate by the Probation Officer and/or treatment staff, or patronize any place where such material or entertainment is available;

15) The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student as directed by the Probation Officer;

16) The defendant shall cooperate in the collection of DNA sample from himself.

This Court reserves the right to release the defendant on bail for a period of 90 days.
Signed by:     District Judge _____
    ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

    Sherri R. Carter, Clerk
Dated/Filed February 19, 2002     By _____ Deputy Clerk
    Victor P. Cruz

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

COURT Copy



FILED
CLERK, U.S. DISTRICT COURT
JUN 1 1 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DE[PUTY]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

IN THE MATTER OF THE        )
ADOPTION OF SENTENCING      )
ORDERS AND CONDITIONS       )      General Order No. 01-05
OF PROBATION AND SUPERVISED )
RELEASE PERTAINING TO       )
FINANCIAL SANCTIONS         )
_____)

The Judges of the Central District of California adopt the following sentencing orders to apply in every case in which a fine or restitution has been ordered, and adopt the following conditions of probation and supervised release to apply in every case in which probation or supervised release is imposed in addition to the imposition of a fine or restitution. A judge may impose such other conditions the judge deems advisable, consistent with law, including, but not limited to, General Order 318.

### Statutory Provisions Pertaining to Payment and Collection of Financial Sanctions

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

1

General Order No. 01-05

The defendant shall notify the United States Attorney within thirty (30)days of any change in the defendant's mailing address or residence address until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution- pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:

    Private victims (individual and corporate),

    Providers of compensation to private victims,

    The United States as victim;

3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

### Special Conditions for Probation and Supervised Release

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's

2

income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

DATED: June 11, 2001